

# In the Missouri Court of Appeals
## Eastern District

NOVEMBER 17, 2015

THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 84.16(b) OR RULE 30.25(b).

1.      ED101806     STATE OF MISSOURI, RES V LEDALE NATHAN, APP

2.      ED102011 STATE OF MISSOURI, RES V MICHAEL A. BROWN, APP

3.      ED102040 D HEREFORD ETAL APP V OWNERS ASSOC OF 7569-757 RES

4.      ED102168 MATTHEW DE LA HUNT, APP V STATE OF MISSOURI, RES

5.      ED102200 TYRONE LITTLE, APP V STATE OF MISSOURI, RES

6.      ED102282 THEDRICK DANIELS, APP V AUTO CLUB INTER-INS,  RES

7.      ED102362 STATE OF MISSOURI, RES V JOSEPH CLARK, APP

8.      ED102414 CHARLES NEUBAUER, APP V STATE OF MISSOURI, RES

9.      ED102458 D'ANDRE WHITLEY, APP V STATE OF MISSOURI, RES

10.     ED102549 IN THE MATTER OF:  THE ESTATE OF BENJAMIN MAZZEI



# In the Missouri Court of Appeals
# Eastern District

NOVEMBER 17, 2015

THE FOLLOWING CASES WERE AFFIRMED IN ACCORDANCE WITH RULE 84.16(b) OR RULE 30.25(b).

11.    ED102598    STATE OF MISSOURI, RES V CLETUS WAYNE GREENE, APP

12.    ED102602 KEITH SMITH, APP V STATE OF MISSOURI, RES

13.    ED102679 MICAH MUDD, RES V AMBER BARTON, APP

14.    ED102802 KATHLEEN BROWN, APP V CENTRAL DIST ALARM & DES RES

15.    ED102942 ANGELA MACK, APP  V. THE EASON LAW FIRM, LLC, RES